Local AO 442 (Rev. 10/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHALS

JUN - 8 2017

# UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

DISTRICT OF NORTH DAKOTA

United States of America
v.

Alicia Dawn Standish

_____
Defendant

)
)
)
)
)
)

Case No.   1:17-cr-133-5

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Alicia Dawn Standish _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone; Aiding and Abetting
Possession of Oxycodone with Intent to Distribute; Aiding and Abetting

Date:   06/08/2017

/s/ Christy Davis
_____
*Issuing officer's signature*

City and state:   Bismarck, ND

Christy Davis, Deputy Clerk
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 06/08/17, and the person was arrested on *(date)* 06/12/17 at *(city and state)* New Town, ND. |
| Date: 06/13/17 |

_____
*Arresting officer's signature*

S/A S7m [illegible signature]
_____
*Printed name and title*