Case 2:17-cr-00165-DLH Document 96-1 Filed 01/23/18

July 13, 2017



newfreedom
CENTER

905 E Interstate Ave
Bismarck, ND 58503
P: 701-222-4673
F: 701-222-3947

Ashley A. Flagstad
PO Box 1000
Minot, ND 58702-1000

RE:   Alicia Standish
DOB:  01/30/1989

Ms. Flagstad,

I am writing this letter to confirm that Alisha Standish has an appointment scheduled for an addiction evaluation on July 17, 2017 at 1:00pm with a licensed addiction counselor. Alisha would be admitted into residential treatment if that is what her assessment recommends.  She currently is uninsured.  Alisha indicated that she would be bringing with her the $8500 due for the self pay option.  If she does not have this with her she will not be able to be admitted on that day.

Please feel free to contact us with any questions or concerns.

Sincerely,

Summer King
Administrative Specialist

www.newfreedomcenter.org

EXHIBIT

1