# Transcript Requests

## Unofficial Transcript

Unofficial Transcript >

**Unofficial Transcript for: Alicia Standish**

**Division: Undergraduate - first degree**

|  | Attempted Credits | Earned Credits | GPA Credits | Quality Points | GPA |
|---|---|---|---|---|---|
| **Transfer** | 0.00 | 0.00 | 0.00 | 0.00 | 0.0000 |
| **Local** | 14.00 | 14.00 | 14.00 | 56.00 | 4.0000 |
| **Career** | 14.00 | 14.00 | 14.00 | 56.00 | 4.0000 |

### 2018-2019 - Fall

| Course | Title | Grade | Repeat | Attempted Credits | Earned Credits | GPA Credits | Quality Points | GPA |
|---|---|---|---|---|---|---|---|---|
| ENG 120 B | Composition 2 | WIP | - | 3.00 | 0.00 | 0.00 | 0.00 | |
| HSS 272 A | Theory/Practice | WIP | - | 3.00 | 0.00 | 0.00 | 0.00 | |
| HUM 101 A | Humanities | WIP | - | 3.00 | 0.00 | 0.00 | 0.00 | |
| MTH 101 A | Intr to Algeba | WIP | - | 3.00 | 0.00 | 0.00 | 0.00 | |
| | Term Totals: | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0000 |
| | Career Totals: | | | 14.00 | 14.00 | 14.00 | 56.00 | 4.0000 |

### 2018-2019 - Summer1

| Course | Title | Grade | Repeat | Attempted Credits | Earned Credits | GPA Credits | Quality Points | GPA |
|---|---|---|---|---|---|---|---|---|
| ENG 110 A | Composition | WIP | - | 3.00 | 0.00 | 0.00 | 0.00 | |
| SOC 110 A | Sociology | WIP | - | 3.00 | 0.00 | 0.00 | 0.00 | |
| | Term Totals: | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0000 |
| | Career Totals: | | | 14.00 | 14.00 | 14.00 | 56.00 | 4.0000 |

### 2017-2018 - Spring

| Course | Title | Grade | Repeat | Attempted Credits | Earned Credits | GPA Credits | Quality Points | GPA |
|---|---|---|---|---|---|---|---|---|
| ASC 082 C | Effect. Reading | A | - | 2.00 | 2.00 | 2.00 | 8.00 | |
| ASC 090 B | Algebra Prep I | A | - | 2.00 | 2.00 | 2.00 | 8.00 | |
| ASC 091 B | Algebra Prep II | A | - | 2.00 | 2.00 | 2.00 | 8.00 | |
| COM 110 A | Speech | A | - | 3.00 | 3.00 | 3.00 | 12.00 | |
| FND 106 A | First Year Exp | A | - | 2.00 | 2.00 | 2.00 | 8.00 | |
| PSY 111 A | Intro To Psych | A | - | 3.00 | 3.00 | 3.00 | 12.00 | |
| | Term Totals: | | | 14.00 | 14.00 | 14.00 | 56.00 | 4.0000 |
| | Career Totals: | | | 14.00 | 14.00 | 14.00 | 56.00 | 4.0000 |


EXHIBIT A