PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Report on Offender under Supervision

Name of Offender: Alicia Dawn Standish        Case Number: 0868 1:17CR00133

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Chief U.S. District Court Judge

Date of Original Sentence: September 24, 2018

Original Offense:        Possession Oxycodone with Intent to Distribute

Original Sentence:       Time Served, 3 years supervised release

Type of Supervision: TSR              Date Supervision Commenced: 9/24/2018

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) | On October 4, 2019, the offender reported to the probation office and tested presumptive positive for oxycodone. She then admitted to the ingestion of the illegal substance. |

U.S. Probation Officer Action:   The offender was referred for a substance abuse evaluation and will have increased drug screening.

Respectfully submitted,

/s/ Terry L. Gunville
U.S. Probation Officer
Date: October 7, 2019

PROB 12A
(Rev. 2/13)

Standish, Alicia
0868 1:17CR00133

☑ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

October 7, 2019
_____
Date