PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Report on Offender under Supervision

Name of Offender: Alicia Dawn Standish     Case Number: 0868 1:17CR00133

Name of Sentencing Judicial Officer: The Honorable Daniel L. Hovland, Chief U.S. District Court Judge

Date of Original Sentence: September 24, 2018

Original Offense:     Possession Oxycodone with Intent to Distribute

Original Sentence:    Time Served, 3 years supervised release

Type of Supervision: TSR         Date Supervision Commenced: 9/24/2018

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) | On October 31, 2019, the offender reported to substance abuse treatment at West Central Human Services and tested positive for opiates. She admitted to ingestion of the illegal substance prior to testing. |

U.S. Probation Officer Action: The offender will continue to address her addiction issues through services at West Central Human Services.

Respectfully submitted,

/s/ Terry L. Gunville
U.S. Probation Officer
Date: November 1, 2019

PROB 12A
(Rev. 2/13)

Standish, Alicia
0868 1:17CR00133

☑ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

November 1, 2019
_____
Date