PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Offender under Supervision

Name of Offender:  Alicia Dawn Standish        Case Number:   0868 1:17CR00133

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  September 24, 2018

Original Offense:       Possession of Oxycodone with Intent to Distribute

Original Sentence:       Time Served followed by three years supervised release

Type of Supervision:  TSR         Date Supervision Commenced:  9/24/2018

Asst. U.S. Attorney: Rick L. Volk        Defense Attorney: Ashley A. Flagstad

---

### PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition #3: You must refrain from any unlawful use of a controlled substance.** On May 27, 2021, Ms. Standish admitted to using fentanyl on multiple occasions. |
| 2. | **Special Condition #3: You must participate in a drug/alcohol dependency treatment program as approved by the supervising probation officer.** On June 30, 2021, Ms. Standish was unsuccessfully discharged from residential treatment programming at Good Road Recovery Center in Bismarck, ND. |

U.S. Probation Officer Recommendation: It is respectfully requested that a warrant be issued for the defendant and that hearings be held to determine if she has violated the terms and conditions of her supervised release.

PROB 12C
(Rev. 2/13)
Standish, Alicia
0868 1:17CR00133

☒ The term of supervision should be:

　　☒ Revoked.

　　☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:


I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2021

/s/ Tara Moszer
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

30 June 2021
Date