UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  1:17-CR-133 |
| Plaintiff, | |
| | MOTION FOR TEMPORARY |
| vs. | FURLOUGH |
| ALICIA DAWN STANDISH, | |
| Defendant. | |

_____

The Defendant, Alicia Dawn Standish, moves the Court for a furlough to attend the funeral of her mother, Joann Cummings, who died on July 14, 2021, at a local hospital in Bismarck, North Dakota.

Ms. Standish requests a furlough from the Burleigh Morton Detention Center on Saturday, July 17, 2021, in the evening at 9 pm or alternatively, Sunday, July 18, 2021, at 10 am. She will be picked up by her sister, Robin Severance   Robin will transport Ms. Standish from the detention center to the funeral home in Watford City, North Dakota, to meet with the family and for the viewing which will begin at 4:00 pm.  After the viewing, the body will be taken to Mandaree, North Dakota for the wake which will continue for the rest of the evening.  Ms. Standish will spend the night in New Town at the apartment of her brother, Layne Standiish. She will attend the funeral on Monday, July 19, 2021, at 11:00 a.m. with her family.  After the funeral they will drive to Independence for the burial service, and then return to Mandaree for the gathering, and the gifting of the blankets.  The family will need to stay and clean up after the gathering.

Ms. Standish would be transported by her sister back to the Burleigh Morton Detention Center on Monday, July 19, 2021, by 8 p.m.

Dated this 15th day of July, 2021.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/ Erin S. Bolinger*
Erin S. Bolinger
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 West Broadway Avenue, Suite 230
Bismarck, ND 58501
Telephone: 701-250-4500 Facsimile: 701-250-4498
filinguser_SDND@fd.org