# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING MOTION FOR** |
| | ) | **FURLOUGH** |
| vs. | ) | |
| | ) | |
| Alicia Dawn Standish, | ) | |
| | ) | Case No. 1:17-cr-133 |
| Defendant. | ) | |

Defendant is charged in a petition with violating her conditions of supervised release. (Doc. No. 541). She is presently in custody at the Burleigh Morton Detention Center.

On July 15, 2021, defendant filed a Motion for Furlough. (Doc. No. 565). She advises that her mother, Joann Cummings, recently passed away. She requests to be released from July 17 through July 19, 2021, so that she can attend can attend Ms. Cummings funeral and wake in Mandaree, North Dakota.

Although the court sympathizes with defendant and her family, it is not inclined to grant defendant's request given her history and the nature of the alleged violations forming the basis for the petition, for which the court found probable cause to support. (Doc. No. 554). Additionally, looking at all the circumstances of defendant's case, the court does not find that attendance at the funeral to be a compelling reason for release under 18 U.S.C. § 3142(i).

Accordingly, defendant's Motion for Furlough (Doc. No. 565) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 16th day of July, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court