# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **FURLOUGH IN PART** |
| vs. | ) | |
| | ) | |
| Alicia Dawn Standish, | ) | |
| | ) | Case No. 1:17-cr-133 |
| Defendant. | ) | |

Defendant is charged in a petition with violating her conditions of supervised release. (Doc. No. 541). She is presently in custody at the Burleigh Morton Detention Center.

On July 15, 2021, defendant filed a Motion for Furlough. (Doc. No. 565). She advises that her mother, Joann Cummings, recently passed away. She requests to be released from July 17 through July 19, 2021, so that she can attend Ms. Cummings funeral and wake in Mandaree, North Dakota.

Upon further refection, the court, in consultation with the supervising Probation Officer, **VACATES** its order at Doc. No. 567 and **GRANTS IN PART** defendant' motion (Doc. No. 565). Defendant shall be temporarily released to her sister, Robin Severance, no earlier than 12:00 PM on July 18, 2021. While on temporary release, defendant comply with the following conditions of release:

(1) Defendant must not violate federal, state, tribal, or local law while on release.

(2) Defendant shall reside with her brother, Layne Standish, while on temporary release.

(3) Defendant shall contact the Probation Office as her supervising Probation Officer directs.

1

(4) Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants.

Defendant shall report back to the Burleigh Morton Detention Center no later than 6:30 p.m. on July 19, 2021. Upon her return she shall be remanded back into custody. Defendant shall submit to alcohol and drug testing as directed upon her return to verify his compliance with the conditions of his temporary release.

**IT IS SO ORDERED.**

Dated this 16th day of July, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court